IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GLENN GORTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV-05-498-L |
| | ) | |
| RON WARD, Director, | ) | |
| | ) | |
| Respondent. | ) | |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation issued by the Honorable Gary M. Purcell on July 18, 2005, in which he recommended the petition for writ of habeas corpus be denied because plaintiff's due process rights were not violated by disciplinary proceedings conducted at the Lawton Correctional Facility. In his timely filed objections, petitioner reiterates the arguments he made to Judge Purcell; he contends he was denied due process when the institution failed to provide him assistance to walk to his hearing.

Pursuant to 28 U.S.C. § 636(b), the court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." In accordance with this mandate, the court has reviewed the Report and Recommendation, petitioner's objections thereto and the case file. Based on this review, the court concludes that the Report and

1

Recommendation should be approved and adopted in its entirety. Judge Purcell performed a thoughtful and cogent analysis of petitioner's claims and correctly determined that petitioner received all the process he was due. Therefore, petitioner is not entitled to habeas relief.

In sum, the Report and Recommendation is approved and adopted in its entirety. The Petition for Writ of Habeas Corpus is denied. Judgment will issue accordingly.

It is so ordered this 31st day of August, 2005.

*Tim Leonard*
TIM LEONARD
United States District Judge